LINDA L. SMITH, Respondent, v. WAYNE R. HAYES, Appellant.—

Present — Goldman, P. J., Marsh, Gabrielli and Henry, JJ.